No. 475. BORG-WARNER CORPORATION, AS SUCCESSOR TO THE MARVEL CARBURETOR Co., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Charles D. Hamel,*

*Lee I. Park* and *Clarence F. Rothenburg* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp* and *Samuel D. Slade* for the United States.